197-15

# ELECTRONIC RECORD

COA #   06-13-00223-CR                    OFFENSE:  49.04

STYLE:  Jessica Nicole Nance v. The State    COUNTY:  Hunt
        of Texas

COA DISPOSITION:   Affirmed              TRIAL COURT:  County Court at Law No. 1

DATE: 11/10/14              Publish: No  TC CASE #:    CR1101695

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Jessica Nicole Nance v. The State of
        Texas                            CCA #:  197-15

        PRO SE              Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:  _____

  Refused                                JUDGE: _____

DATE:  05/13/2015                        SIGNED: _____      PC: _____

JUDGE:  Per Curiam                       PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

                    REHEARING IN CCA IS: _____

                    JUDGE: _____

**ELECTRONIC RECORD**